UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN TARDIBUONO-QUIGLEY, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>HSBC MORTGAGE CORPORATION (USA) and HSBC BANK USA, N.A.,<br><br>                Defendants. | Case No. 7:15-cv-06940-KMK-JCM<br><br>**<u>NOTICE OF MOTION</u>** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Declaration of Todd S. Garber and the exhibits thereto, and all papers previously submitted to the Court in the above-captioned action, plaintiff Dawn Tardibuono-Quigley ("Plaintiff") will move this Court before the Hon. Kenneth M. Karas at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, for an Order pursuant to Fed. R. Civ. P. 23(e):

    a.    granting final approval of the class action settlement;

    b.    certifying the proposed class described in the Stipulation and Agreement of Settlement;

    c.    designating Plaintiff and her counsel, Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, as Representative of the Settlement Class and Class Counsel for the Settlement Class, respectively;

    d.    granting final approval of the terms of the Stipulation and Agreement of Settlement; and

    e.    granting such other relief as the Court deems just and proper.

Dated: White Plains, New York
April 29, 2020

**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**

By: */s/ Todd S. Garber*
Todd S. Garber
D. Greg Blankinship
Bradley F. Silverman
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
tgarber@fbfglaw.com
gblankinship@fbfglaw.com
bsilverman@fbfglaw.com